# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1231

_____

Billy Roy Tyler,                               *
                                               *
            Appellant,                         *  Appeal from the United States
                                               *  District Court for the Southern
      v.                                       *  District of Iowa.
                                               *
Harrah's Council Bluffs Casino,                *       [UNPUBLISHED]
                                               *
            Appellee.                          *

_____

Submitted:  July 30, 2004
    Filed:  July 30, 2004

_____

Before BYE, FAGG, and RILEY, Circuit Judges.

_____

PER CURIAM.

Billy Roy Tyler appeals the district court's preservice dismissal without prejudice of Tyler's complaint for failure to state a claim. Tyler, who is African-American, alleged he appeared at Harrah's Casino in July 2003 to apply for a job and was told he must apply online; a "glitch in [the] program . . . prevented [him] from applying"; he did not see any African-Americans working at the casino; and he was thus the victim of job discrimination.

We grant Tyler leave to appeal in forma pauperis. Having carefully reviewed the record, we conclude preservice dismissal was inappropriate because Tyler's

complaint, liberally construed, satisfied federal pleading requirements by providing Harrah's Casino notice of Tyler's claim of race-based discrimination in its employment-application process. See Fed. R. Civ. P. 8(a)(2); Swierkiewicz v. Sorema N.A., 534 U.S. 506, 514-15 (2002); Smith v. St. Bernards Reg'l Med. Ctr., 19 F.3d 1254, 1255 (8th Cir. 1994).

Accordingly, we reverse the dismissal and remand for further proceedings in accordance with this opinion.

_____